R. J. COLARDO, INC., et al.

v.

ZONING BOARD OF REVIEW OF the CITY OF CRANSTON et al.

No. 82–238–M.P.

Supreme Court of Rhode Island.

July 1, 1982.

Joseph C. Manera, Jr., Cranston, for petitioner.

**1302** ◼

Carroll, Kelly, Murphy, S. Paul Ryan, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.